

**Jardim, Meisner & Susser, P.C.**
ATTORNEYS AT LAW

KENNETH L. WINTERS, ESQ.
Direct Dial: 973-845-8330
E-mail: kwinters@jmslawyers.com

**New Jersey**
30B Vreeland Road
Suite 201
Florham Park, NJ 07932
office: (973) 845-7640
fax: (973) 845-7645

**New York**
420 Lexington Avenue
Suite 300-19
New York, NY 10170
office: (646) 205-8038

July 11, 2017

VIA FIRST CLASS MAIL

Hon. Susan D. Wigenton, U.S.D.J.
Martin Luther King, Jr. Federal
　Building and U.S. Courthouse
50 Walnut Street
Newark, New Jersey  07101

   Re: *Spina v. Cartagena et al.*
     Civil Action Number  2:17-cv-01210 (SDW-LDW)

Dear Judge Wigenton:

  I am pleased to report that, with the aid of Magistrate Judge Wettre, the parties have agreed to a stipulation for an order of dismissal without prejudice to the plaintiff refiling his claims in an appropriate state court in New York.

  To that end, we have prepared a Stipulation and Order of Dismissal Without Prejudice. If the same meets with Your Honor's approval, we request that the Court so Order and enter the same.

  Should Your Honor have any questions, please feel free to contact me.

        Respectfully yours,

        Jardim, Meisner & Susser, P.C.

        *Kenneth S. Winters*

        Kenneth L. Winters

encl.
cc: Hon. Leda Dunn Wettre, U.S.M.J. (w/encl.)
   Tracey C. Hinson, Esq. (w/encl.)